IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LELAND DRAPER,

        Petitioner,                No. CIV S-08-0409 GEB KJM P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Respondents.         <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

/////

/////

/////

/////

1

1 division of the court.  Therefore, this action will be transferred to the Fresno Division of the
2 court.  This court will not rule on petitioner's request to proceed in forma pauperis.
3         Good cause appearing, IT IS HEREBY ORDERED that:
4         1.  This court has not ruled on petitioner's request to proceed in forma pauperis;
5         2.  This action is transferred to the United States District Court for the Eastern
6 District of California sitting in Fresno; and
7         3.  All future filings shall reference the new Fresno case number assigned and
8 shall be filed at:
9         United States District Court
        Eastern District of California
10         2500 Tulare Street
        Fresno, CA 93721
11
12 DATED:  March 5, 2008.

_____
U.S. MAGISTRATE JUDGE

15 /ky
drap0409.109