**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND DRAPER, | No   1:08-CV-00320-VRW |
|          Petitioner, | ORDER TO SUPPLEMENT TRANSCRIPT |
|          v | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al, | |
|          Respondents. | |
| _____/ | |

     Respondent's answer cites to portions of the Reporter's Transcript that are missing in the record, most notably pages 602 through 604 of the reporter's transcript volume three of three.

     The court requests that respondents provide volume three of the reporter's transcript in full, including the pages currently missing from the transcript.  The respondents should have the transcript filed with this court no later than February 6th, 2009.

     IT IS SO ORDERED.

DATED: February 2, 2009

                                            VAUGHN R WALKER
                                            United States District Chief Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28